CHS, Inc. v Land O'Lakes Purina Feed, LLC (2023 NY Slip Op 06713)

CHS, Inc. v Land O'Lakes Purina Feed, LLC

2023 NY Slip Op 06713

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND NOWAK, JJ. (Filed Dec. 22, 2023.) 

MOTION NO. (655/23) CA 22-00450.

[*1]CHS, INC., PLAINTIFF-RESPONDENT, 
v
LAND O'LAKES PURINA FEED, LLC, DEFENDANT-APPELLANT, ET AL., DEFENDANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.